# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KARRY WHITTEN,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**EXPERIAN INFORMATION SERVICES, INC., TRANSUNION, LLC, and EQUIFAX INFORMATION SERVICES, INC.,**<br><br>**Defendants.** | **8:25CV491**<br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint against the above-captioned defendants on August 6, 2025. (Filing No. 1). Experian Information Services, Inc. and Equifax Information Services, Inc. have filed answers to the Complaint. (Filing No. 11; Filing No. 12). However, more than 90 days has elapsed since the Complaint was filed, and the record does not demonstrate Defendant Transunion, LLC, has been served, signed a waiver of service, or entered a voluntary appearance in this case. Nor has Plaintiff requested an extension of time to complete service of process. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **December 3, 2025,** to show cause why this case should not be dismissed as to Defendant Transunion, LLC pursuant to Federal Rule of Civil Procedure 4(m) or take other appropriate action. The failure to timely comply with this order may result in dismissal of this action as to Defendant Transunion, LLC without further notice.

Dated this 12th day of November, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge