IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KARRY WHITTEN,

      Plaintiff,

    v.

EXPERIAN INFORMATION SERVICES,
INC., TRANSUNION, LLC, and
EQUIFAX INFORMATION SERVICES,
INC.,

      Defendants.

8:25CV491

ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 2nd day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge