**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

|  |  |
|---|---|
| KARRY WHITTEN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SERVICES, INC., EQUIFAX INFORMATION SERVICES, INC., TRANSUNION, LLC, <br><br> Defendants. | Case No. 8:25-cv-00491-BCB-MDN <br><br> **NOTICE OF APPEARANCE** |

James Breen, of Goodwin Procter LLP, hereby enters his appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. ("Experian"), in the above-entitled action. As such, he requests notifications of all future filings, notices, discovery, hearings, and all other papers served in this case.

Dated:        June 23, 2026            Respectfully submitted,

   *s/ James Breen*
James Breen
Bar Number: 5536834
*Attorney for Defendant Experian Information Solutions, Inc.*
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone:    (212) 813-8800
Facsimile:    (212) 355-3333
Email:        JamesBreen@goodwinlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of June 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all participants.

s/ *James Breen*

2