**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

KARRY WHITTEN,

        Plaintiff,

    v.

EXPERIAN INFORMATION SERVICES,
INC., EQUIFAX INFORMATION
SERVICES, INC., TRANSUNION, LLC,

        Defendants.

Case No. 8:25-cv-00491-RFR-MDN

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF CHAYA-BRACHA MARKOWITZ

Pursuant to NEGenR 1.3(f), Chaya-Bracha Markowitz applies for leave to withdraw as counsel for Defendant Experian Information Solutions, Inc. In connection with the withdrawal, the clerk is requested to remove the undersigned from the CM/ECF service list.

Robert W. Futhey of Guinan, O'Siochain has entered an appearance in this matter and James P. Breen of Goodwin Proctor LLP has also entered an appearance and will serve as counsel for Experian. Ms. Markowitz's withdrawal will not occasion a request for an extension of any deadlines in this case as there are no pending deadlines due to the pending motion for judgement on the pleadings, and order staying discovery. The undersigned has served this motion upon Experian via email.

Dated: June 26, 2026
Chicago, Illinois

Respectfully submitted,

/s/ *Chaya-Bracha Markowitz*
Chaya-Bracha Markowitz (*pro hac vice*)
JONES DAY
110 North Wacker Dr.
Chicago, IL 60606
Tel: (212) 326-3693
Email: cmarkowitz@jonesday.com

## CERTIFICATE OF SERVICE

I, Chaya-Bracha Markowitz, certify that on June 26, 2026, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF Chaya-Bracha Markowitz to be filed with the Clerk of the Court and served upon all parties of record via the Court's CM/ECF system as well as to Experian via email.

Dated: June 26, 2026

/s/ *Chaya-Bracha Markowitz*
Chaya-Bracha Markowitz